# Court of Appeals
# of the State of Georgia

ATLANTA,  July 14, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2298. VELOCITY AIRPORT CONCESSIONS, LLC ET AL v. HOJEIJ BRANDED FOODS, LLC.**

This appeal was docketed on June 18, 2026. Appellants' brief was due 20 days later, on July 8, 2026. Appellants failed to file a brief by the deadline and never asked for an extension of time to file the brief. Accordingly, appellants' appeal is hereby DISMISSED for failure to file a timely brief. See Court of Appeals Rule 23(a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  07/14/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*